JASSEN C DOHERTY
V/S
JASPER COUNTY JAIL

CAUSE: 42 U.S.C. 1983 CIVIL RIGHTS ACT
CASE #: 1:21-CV-00133-TH-ZJH

HONORABLE DISTRICT CLERK,

PLEASE ADD THE FOLLOWING TO MY PENDING LAWSUIT AGAINST JASPER COUNTY JAIL. All OF THIS HAS BEEN SINCE I FILED SUIT. I BELIEVE IT IS RETALIATION.

THANK-YOU,

Jassen C DL
JASSEN C DOHERTY
#40896
101 BURCH
JASPER, TX 75951

\* - LETTER TO MY MOTHER WAS SENT BACK TO ME POSTAGE DUE. THEY DID NOT PUT A STAMP ON MY INDIGENT MAIL

\* - LETTER RETURNED TO ME BY JAIL ADMINASTRATOR L. LEE

\* - GRIEVANCE I FILED FOR DENYING MY MAIL

\* - GRIEVANCE I FILED FOR HAVING NO GRIEVANCE OFFICER

\* - NOT FROM JAIL ADM. L. LEE

If you are going to call someone incompetent learn how to spell it.

R. Lee
4/12/21

**CLOSED**

Viewed    Assigned to:Lana Lee

04-09-2021 12:33 AM
# mrs lee

Type: Grievance

Inmate
Jassen Doherty

Description
it is against federal law to deny mailing my mail. it is not your job to censor my mail.

Cell location
172-05

## ACTIVITY

**Lana Lee** (employee) Viewed This Task
04-14-2021 04:38 PM

**Lana Lee** (employee) Viewed This Task
04-14-2021 10:10 AM

**Lana Lee** (employee) Viewed This Task
04-14-2021 10:06 AM

**Lana Lee** (employee) Resolved this task as **Unfounded**
04-09-2021 02:03 PM

**Lana Lee** (employee) left a comment
04-09-2021 02:02 PM

This is not retaliation in any way. You were attempting to violate TDCJ mail rules by sending your mail to a third party and having them mail the letter for you. I did not destroy your mail or just not send it, I returned it to you and told you exactly why I was not putting it in the mail.

**Lana Lee** (employee) Viewed This Task
04-09-2021 01:53 PM

**Jason Wilkinson** (employee) Viewed This Task
04-09-2021 11:40 AM

**Jassen Doherty** (inmate) left a comment
04-09-2021 10:17 AM

mrs lee, i am not breaking the law in anyway by mailing my letter, I believe this is retalition to the pending federal lawsuit i have filed against this jail

**Gina Streed** (employee) assigned this task to **Lana Lee**
04-09-2021 02:48 AM

**Gina Streed** (employee) Viewed This Task
04-09-2021 02:48 AM

**Gina Streed** (employee) left a comment
04-09-2021 02:35 AM

I don't know the specifics on what you are referring to, however it is actually a part of our job to read through the mail, incoming and outgoing.

**Gina Streed** (employee) Viewed This Task
04-09-2021 02:33 AM

**Thomas Erath** (employee) Viewed This Task
04-09-2021 02:31 AM

**Jassen Doherty** (inmate) created this task
04-09-2021 12:33 AM

OPEN

Viewed    Assigned to:

04-09-2021 03:39 PM

## grievance officer

Type: Grievance

Inmate
Jassen Doherty

Description
you are suppose to have 1 grievance officer look at my grievance not 4 different officers then Mrs. Lee

Cell location
172-05

## ACTIVITY

**Lana Lee** (employee) Viewed This Task
04-14-2021 10:05 AM

**Matthew Hopson** (employee) Viewed This Task
04-12-2021 04:49 PM

**Thomas Erath** (employee) Viewed This Task
04-09-2021 07:18 PM

**Gina Streed** (employee) Viewed This Task
04-09-2021 05:33 PM

**Timothy Erath** (employee) assigned this task to **Lana Lee**
04-09-2021 04:10 PM

**Timothy Erath** (employee) Viewed This Task
04-09-2021 04:10 PM

**Jassen Doherty** (inmate) created this task
04-09-2021 03:39 PM

JASSEN DOHERTY
101 BURCH
JASPER, TX 75951

SHREVEPORT LA 710
7 APR 2021 PM 2 L

RETURN FOR
[POSTAGE]

SARA DOHERTY
1980 HWY 394
DERIDDER, LA 70634

70634-753360

JASSEN DOHERTY 6/10
101 BURCH
JASPER, TX 75951

Return to Doherty
we will
not enable
you to
circumvent TDCJ
Policy Rhee

TERESA WHITE
361 CR 294
JASPER, TX 75951

JASSEN C DOHERTY
#40896
101 BURCH
JASPER, TX 75951



CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 15 2021
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

CLERK. U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
300 WILLOW STREET, ROOM 104
BEAUMONT, TEXAS 77701-2217